IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.

No. 05-20087

EVA BRASKER,

       Defendant.

### ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS UPON COMPLETION OF DISCOVERY

Before this Honorable Court is Defendant Eva Brasker's Motion for Leave to File Additional Motions Upon Completion of Discovery. It appearing to this Court that time beyond the required 30 days for filing of motions is necessary;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's request for additional time is granted. Defendant shall have 30 days after completion of Discovery to file all pre-trial motions.

Entered this the ___15___ day of ___April___, 2005.

United States District Court Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CR-20087 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT