IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /s/ D.C.

05 SEP -1 PM 3: 39

CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA

VS.

No. 05-20087-D

EVA BRASKER,

    Defendant.

---

ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE THE
SUPPRESSION HEARING

---

Before the Court is Defendant Eva Brasker's motion to continue the Suppression Hearing currently set for September 2, 2005 at 2:00 p.m. The Court finds that neither the United States nor counsel for co-defendant Rafael Fuentes objects to the continuance. The Court further finds that Defendant has no objection to the time being excluded for purposes of the Speedy Trial Act.

It is THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's request for a continuance is granted. The case is reset from September 2, 2005 at 2:00 p.m. until the 18th day of October, 2005 at 2:00 pm.

Entered this the 31 day of August, 2005.

/s/ Bernice Donald
Honorable Bernice Donald
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-8-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:05-CR-20087 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT