IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                           NO. 05-20087-D

EVA BRASKER,

       Defendant

## ORDER GRANTING
## MOTION FOR TRAVEL EXPENSES and SUBSISTNECE EXPENSE

Before the Court is the Motion of the Defendant, EVA BRASKER for travel and subsistence funding, pursuant to 18 U.S.C. § 4285 to allow Defendant to travel by Airplane from Yakama, Washington to Memphis, Tennessee on or before October 17, 2005 for a Suppression hearing in the above styled case.

The Court finds that Defendant has previously been found to be indigent and is without means to afford transportation expenses from Yakama, Washington to Memphis, Tennessee. The Court therefore, Grants Defendant's motion for travel and subsistence funding.

The United States Marshal's Office is ORDERED to provide the Defendant, EVA BRASKER travel (Airfare) expenses and subsistence expense pursuant to 18 U.S.C. § 4285, prior to her court date of October 18, 2005 to allow travel from Yakama, Washington to Memphis, Tennessee, Tennessee.

It is so ORDERD this 14th day of October, 2005.

                                              _____
                                              JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:05-CR-20087 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT