IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 21  PM 5:42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
VS. ) CR. NO. 05-20087-D
)
EVA J. BRASKER )
Defendant. )
)

### ORDER ON CHANGE OF PLEA
### AND **SETTING**

This cause came to be heard on October 18, 2005, the United States Attorney for this district, David Charles Henry, appearing for the Government and the defendant, Eva J. Brasker, appearing in person and with counsel, Eric Scott Hall, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Remaining Counts shall be dismissed at the Sentencing Hearing.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JANUARY 17, 2006, at 1:30 P.M., in Courtroom No. 3, on the 9th floor before Judge Bernice B. Donald.**

Defendant is allowed to remain released on present bond.

**ENTERED** this the _21_ day of October, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-24-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:05-CR-20087 was distributed by fax, mail, or direct printing on October 24, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT